

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★     ★ ★ ★

# MEMORANDUM OPINION

No. 04-12-00545-CV

**EX PARTE** Stephen **CAMACHO**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  August 31, 2012

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On August 27, 2012, relator Stephen Camacho filed an original habeas corpus proceeding.  Relator alleges that he has been sentenced to 180 days in county jail after being held in criminal contempt for failure to pay child support.  Relator provides numerous grounds for why he is entitled to habeas corpus relief and seeks to be released from custody.

However, it is relator's burden to provide this court with a record sufficient to establish his right to habeas corpus relief.  *See* TEX. R. APP. P. 52.7(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding).  Relator has failed to provide us with a record to support his claims.  Accordingly, relator's petition for writ of habeas corpus is DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010EM504337, in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.